UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN CANTWELL,
    Plaintiff,

v.                                                    Case No.: 3:23cv7330/TKW/ZCB

STATE OF FLORIDA, et al.,
    Defendants.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation. (Doc. 12). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judges' determination that this case should be dismissed. Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's amended complaint (Doc. 6) is **DISMISSED with prejudice** as an impermissible shotgun pleading and for lack of subject matter jurisdiction.

3.    All pending motions are **DENIED as moot**.

4.    The Clerk of Court is directed to enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 21st day of August, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**